**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7125**

DERRICK E. KIRTMAN,

Plaintiff - Appellant,

v.

CHAPLAIN HELBIG; SIA STIVERS; WARDEN CRUZ; ASSISTANT HOSPITAL A WHITEHURST; ASSISTANT WARDEN LANDFORD,

Defendants - Appellees,

and

SIA LIEUTENANT DUMBAR; CASE MANAGER MCCELLAN; HOSPITAL ADMINISTRATOR, Jane Doe - 1; ASSISTANT WARDEN JOHN DOE 2; REGISTER NURSE K. CALUAGO; REGISTER NURSE JANE DOE 3; CORRECTIONAL OFFICER JOHN DOE 4; COUNSELOR PARKER; COUNSELOR COATES; UNIT MANAGER HORTON; WARDEN TEWER; MD JESUS FERNANDEZ; MD ROSS QUINN; PA HERNANDEZ; PA BRISITTE WOLVERTON; E. TOPETE; WARDEN JOHN DOE 5,

Defendants.

Appeal from the United States District Court for the District of South Carolina, at Florence.  A. Marvin Quattlebaum, Jr., District Judge.  (4:16-cv-02839-AMQ)

Submitted:  March 11, 2019                    Decided:  April 8, 2019

Before WILKINSON, FLOYD, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

———————————

Derrick E. Kirtman, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick E. Kirtman appeals the district court's order adopting the magistrate judge's recommendation and granting summary judgment to Chaplain Helbig, Special Investigative Agent Stivers, Warden Cruz, Assistant Hospital Assistant Whitehurst, and Assistant Warden Landford ("the Defendants"). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Kirtman v. Helbig*, No. 4:16-cv-02839-AMQ (D.S.C. July 27, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*